```
 1  ALEX G. TSE (CABN 152348)
    Acting United States Attorney
 2
    BARBARA J. VALLIERE (DCBN 439353)
 3  Chief, Criminal Division

 4  GARTH HIRE (CABN 187330)
    Assistant United States Attorney
 5     1301 Clay Street, Suite 340-S
       Oakland, California 94612
 6     Telephone: (510) 637-3723
       Facsimile:  (510) 637-3724
 7     E-Mail:    Garth.Hire@usdoj.gov

 8  Attorneys for United States of America
```

FILED
MAR 22 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 4:99-0039 WDB |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF DISMISSAL |
| LEOPOLDO VILLADARES VALEZ, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned complaint and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: March 14, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

GARTH HIRE
Assistant United States Attorney

NOTICE OF DISMISSAL (4:99-0039 WDB)

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the complaint in case number 4:03-0114 WDB. It is further ordered that the arrest warrant issued in connection with that complaint is quashed.

DATED: March 19, 2018

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

NOTICE OF DISMISSAL (4:99-0039 WDB)      2